

# Fourth Court of Appeals
## San Antonio, Texas

August 16, 2022

No. 04-22-00071-CR

Eric Daniel **AULD**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 198th Judicial District Court, Kerr County, Texas
Trial Court No. B16861
Honorable Rex Emerson, Judge Presiding

# O R D E R

Appellant's brief was originally due on May 12, 2022. After we granted Appellant's first and second motions for extensions of time to file the brief, Appellant's brief was due on August 10, 2022. Since then, Appellant has not responded to this court's e-mail or telephone inquiries.

We order Appellant's counsel Patrick Ballantyne to file a motion for extension of time, a motion to dismiss, or the brief within ten days of the date of this order.

If no brief or motion is filed by that date, we will abate this appeal to the trial court for an abandonment hearing **without further notice**. *See* TEX. R. APP. P. 38.8(b)(2).

Appellant's counsel is cautioned that, to protect Appellant's rights, this court may initiate proceedings under Rule 38. *See id.* R. 38.8(b)(4).

_Patricia O. Alvarez_
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of August, 2022.

FILE COPY



MICHAEL A. CRUZ, Clerk of Court